UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICHARD J. DUCHARME,

        Petitioner,

vs.                            Case No. 2:05-cv-407-FtM-29DNF

STATE OF FLORIDA,

        Respondent.
_____

**ORDER**

This matter comes before the Court on petitioner's Motion to Set Aside Dismissal (Doc. #7), filed on November 21, 2005. Liberally construed, the Court will consider petitioner's motion as a motion for reconsideration under Fed. R. Civ. P. 60(b).

On October 26, 2005, the Court entered an Order (Doc. #5) dismissing petitioner's "Notice of Appeal" finding that the Court had no jurisdiction to entertain an appeal from a letter from the Eleventh Circuit Court of Appeals. Petitioner states that the "Notice of Appeal" (Doc. #1) is actually an appeal from the Florida Supreme Court of Florida's July 8, 2005, decision not to accept discretionary jurisdiction to review, and the Notice of Appeal was inadvertently filed with the Eleventh Circuit Court of Appeals when it should have been filed in the federal district court. Even if petitioner's intent was to appeal to the District Court from the Florida Supreme Court, relief is due to be denied.

"In Rooker v. Fidelity Trust Co., 263 U.S. 413, 44 S. Ct. 149, 68 L. Ed. 362 (1923), the Supreme Court held that a federal district court may not review the final decisions of a state court of competent jurisdiction. Such review rests solely in the United States Supreme Court. The Supreme Court reaffirmed this principle in District of Columbia Court of Appeals v. Feldman, 460 U.S. 462, 482 & n.16, 103 S. Ct. 1303, 1315 & n.16, 75 L. Ed. 2d 206 (1983)." Liedel v. Juvenile Court of Madison County, Ala., 891 F.2d 1542, (11th Cir. 1990). "[F]ederal courts, other than the United States Supreme Court, have no authority to review the final judgments of state courts." Siegel v. LePore, 234 F.3d 1163, 1171 (11th Cir. 2000)(citations omitted). Therefore, this Court is without jurisdiction to hear petitioner's appeal from a decision of the Florida Supreme Court.

Accordingly, it is now

**ORDERED**:

Petitioner's Motion to Set Aside Dismissal (Doc. #7) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this   10th   day of April, 2006.

Copies:
Parties of record
SA/hk

JOHN E. STEELE
United States District Judge

-2-